UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL                    JS-6

| Case No. | **CV 24-4892-CBM(BFMx)** | Date | AUGUST 5, 2024 |
|---|---|---|---|
| Title | Shengying Chen v. Alejandro Mayorkas et al | | |

Present: The Honorable   CONSUELO B. MARSHALL, UNITED STATES DISTRICT JUDGE

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:**       In Court       **X**   In Chambers       **X**   **Counsel Notified**

The case is ordered closed pursuant to the Notice of dismissal filed on August 4, 2024 [9]. All pending hearings and motions are now taken off calendar and vacated.

Please ENTER JS-6.

IT IS SO ORDERED.

cc: all parties